Trial cause # 39-068-D

45,011-03
RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 21 2015

William Shane Hicks T.D.C.# 0839032        In the 300th Judicial

Relator        -VS-        District Court of

Trial Judge Don R. Emerson        Potter County, tx

## ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

To the Honorable Judge of Said court:

Come Now William Shane Hicks Relator Pro-se in the Above and Numbee cause of Action, And File this ORIGINAL APPlication FOR writ of Mandamus Pursuant to C.C.P. Article 11.07 #3(d) of the texas code of Criminal Procedure See C.C.P. Article 1.01, Relator Hicks is Currently An offender Incarcerated in the Texas Department of Criminal Justice and is Appearing Pro-se who can be located At the Bill Clement Unit 9601 Spur 591, Amarillo Tx 79107, Potter County Tx See C.C.P. Article 1.02 Relator Hicks has Exhausted his known Remedies and has No other Adequate Remedy At law See C.C.P. Article 1.03 the Act sought to be Compelled is ministerial, Not Discretionary in Nature See C.C.P. Article 11.07 #3(d) Requires Respondent to Immediately Transmit to the Court of Criminal Appeals, A Copy of the Application FOR writ of Habeas Corpus under Trial cause# W-39-068-02-D, All Answer Filed, All Finds of Trial court of Finding of Facts and Conclusions, And All Transcript of Develop Records. See C.C.P. Article 1.04 the Trial Judge Don R. Emerson Respondent has Suspend the Act of the

+①+

Writ of Habeas Corpus in Nature. See C.C.P. Article 1.08 to be Heard by the Court of Criminal Appeals which is the Final decision maker in Criminal Actions in the State of Texas.

Where As Premises, Considered the Relator Requests that this Application for writ of Mandamus be Heard Considered and Granted, And that this Court order the Respondent to continue the 11.07 Writ of Habeas Corpus under Trial Cause # W-39-068-02-D, Give its findings and order the District Clerk to Transmit All Necessary Paperwork to the Court of Criminal Appeals to make A Final Judgment, to Reverse And Remand for an evidentiary hearing, to A New Trial And A New Punishment hearing or Relief.

9-18-2015
DATE

William Shane Hicks
Relator Signature

## Certificate of Service Rule 9.5
## Rule 2 Suspension of Rules

The Relator William Shane Hicks verify the statement made in this Amended Affidavit of Inability to Pay Court Costs and Initial Filing fees without Prepayment of fees to File the Original Application for writ of Mandamus is true and Correct under the Penalty of Perjury See 28 U.S.C. 1746 for Purpose of Mailbox Rule 4(c)1,2,3(d for the original And Copies of Records in Rule 9.3(b), Rule 34.5(c), Rule 34.6(e)(4), Rule 35.2, Rule 35.3(b)3, Rule 37.3(b) And Rule 52.7 for Service in Local Rule 9,11,12(c And Benefits. A Copy of this Application have Been sent to the Trial Court on this date.

William Shane Hicks
Relator Signature

9-18-2015
DATE

*(2)*